UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TONY RAY GILBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-05126-KLS<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision.  On remand, the ALJ will give further consideration to the opinion evidence of record, particularly the opinion of Theresa Van Den Berg, M.D.; reassess the claimant's maximum residual functional capacity; and obtain supplemental vocational expert evidence to assist in determining whether the claimant can perform the physical and mental demands of past relevant work or other work in the national economy on a sustained basis.

Page 1     ORDER - [3:14-CV-05126-KLS]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 14th day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov